USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FILIPPO LETO,

                     Plaintiff,

      -against-

                                 22-CV-4847 (VEC)

JP MORGAN CHASE & CO.; R AND D
EMPLOYEES JOHN DOE, A FICTITIOUS      ORDER
NAME, real name unknown, representing the
individuals and/or entities, engaging in unlawful
activities described below,

                    Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 3, 2022, this Court stayed the above action pursuant to a stipulation, *see* Dkt. 8.

      IT IS HEREBY ORDERED that the parties must provide a status update on the status of arbitration by no later than **June 9, 2023**.

**SO ORDERED.**

Date: June 2, 2023
      New York, New York

                                               **VALERIE CAPRONI**
                                               **United States District Judge**