

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/24
```

February 2, 2024

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Filippo Leto v JPMorgan Chase Bank, N.A.**
**United States District Court – Southern District of New York**
**Case No.: 1:22-cv-04847 (SDNY)**

Dear Judge Caproni:

The parties write in response to the Court's request for a status update:

- The parties are currently engaged in arbitration proceedings.

Thank you very much.

Respectfully,

LAW OFFICES OF WILLIAM PERNICIARO

*s/ William Perniciaro*
William Perniciaro
1491 Richmond Rd
Staten Island, NY 10304
William Perniciaro <wperni@msn.com>

COZEN O'CONNOR

*s/ Janice Sued Agresti*
Janice Sued Agresti
3 WTC 175 Greenwich Street
55th Floor

New York, NY 10007
(212) 453-3978
jagresti@cozen.com

The parties are reminded of the Court's Order at Dkt. 15. The parties must continue to provide joint status updates on the ongoing arbitration proceedings every three months on the first business day of the month, with the next update due May 1, 2024. The Court warns the parties that failure to timely file the joint status update may result in sanctions.

SO ORDERED.

2/5/24

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE