

November 6, 2024

**Janice S. Agresti**
Direct Phone   212-453-3978
Direct Fax     646-588-1558
jagresti@cozen.com

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Filippo Leto v. JP Morgan Chase Bank, N.A.
      United States District Court - Southern District of New York
      Case No. 1:22-cv-04847 (SDNY)

Dear Judge Caproni:

The parties write to provide the Court with a status update. As Your Honor knows, Plaintiff filed an arbitration with the American Arbitration Association (AAA) on July 10, 2023. We write to advise that the parties have reached a resolution in this matter. The parties will advise when the matter is closed. Thank you.

Sincerely,

COZEN O'CONNOR

By:   Janice S. Agresti

JSA

LEGAL\73966372\1