```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FILIPPO LETO,                                                  :
                                                               :
                            Plaintiff,                         :
                                                               :
            -against-                                          :
                                                               :   22-CV-4847 (VEC)
JP MORGAN CHASE & CO.; R AND D                                 :
EMPLOYEES JOHN DOE, A FICTITIOUS                               :   ORDER
NAME, real name unknown, representing the                      :
individuals and/or entities, engaging in unlawful              :
activities described below,                                    :
                                                               :
                            Defendants.                        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on November 6, 2024, the parties informed the Court that they had reached a resolution of this dispute, *see* Dkt. 22; and

   WHEREAS to date, the parties have not sought to dismiss the case.

   IT IS HEREBY ORDERED that the parties must provide a joint status update by no later than **January 17, 2025**, and show cause why the case should not be dismissed.

**SO ORDERED.**

**Date: January 6, 2025**
**New York, New York**

                                         _____
                                         **VALERIE CAPRONI**
                                         **United States District Judge**